JAMES RICHARDS, PLAINTIFF-PETITIONER, v. BOARD OF EDUCATION OF NEWARK, DEFENDANT-RESPONDENT.

Mr. *Emanuel Gersten* for the petitioner.

Mr. *Jacob Fox* for the respondent.

January 29, 1962.  Denied.

LEWIS MATTERO, PLAINTIFF-RESPONDENT, v. DAVID SILVERMAN, *ET AL.*, DEFENDANTS-PETITIONERS.

Messrs. *Ryan, Saros, David & Stone* for the petitioners.

Mr. *Fred Freeman* and Mrs. *Janet W. Freeman* for the respondent.

January 29, 1962.  Denied.